No. —, original. EX PARTE SMITH ET AL. Motion submitted March 3, 1930. Decided March 12, 1930. The motion for leave to file petition for a writ of mandamus is denied. *Mr. C. C. Calhoun* for Smith et al.

No. 300. QUAPAW LAND COMPANY, INC., *v.* BOLINGER. Argued March 6, 1930. Decided March 12, 1930. *Per Curiam:* The judgment herein is set aside, and the case is remanded to the District Court with directions to dismiss the petition for the want of jurisdiction. *Taylor* v. *Anderson,* 234 U. S. 74; *Joy* v. *St. Louis,* 201 U. S. 332; *Shulthis* v. *McDougal,* 225 U. S. 561. *Mr. Sidney L. Herold,* with whom *Messrs. Francis W. Clements* and *Sumter Cousin* were on the brief, for petitioner. *Messrs. Frank J. Looney* and *Judson M. Grimmet* on the brief for respondent.